Doc#:   72554 Bk:37410 Ps:  198

## Exhibit 4

Received
Recorded Register of Deeds
Nov 09,2020 01:52:28P
Cumberland County
Nancy A. Lane

## Maine Department of Health and Human Services (DHHS)
Division of Support Enforcement and Recovery

Notice of Support Lien

REGISTRY OF DEEDS-
CUMBERLAND
CUMBERLAND COUNTY
25 PEARL ST
P O BOX 7230
PORTLAND ME 04101

JOHN T ALLEN

171 OXFORD ST
APT 2
LEWISTON ME 04240-7827

Re:  JOHN T ALLEN

Case ID:      20108182P
Member ID:    20264436

The person named above owes a __$13,185.93__   judgment for child support. The amount of this judgment is increasing by __$0.00__   __WEEKLY__ .

This judgment is based on a Notice of Debt/Decision dated __04/04/2016__   issued by the Department of Health and Human Services (DHHS). This judgment is a lien against all property of the person name above. Property subject to this lien cannot be paid over, transferred or sold unless DHHS or an appropriate court releases this lien in writing.

Description: HOUSE, TRAILER, LAND
Book: 25104   Page: 274
Asset: 739 KANSAS RD
       BRIDGTON ME 04009

This action is permitted by 19-A MRSA Section 2357.
If you have any questions, contact the person named below.

Dated  OCTOBER 20, 2020

DEBRA BOSSE
Authorized Representative of the Commissioner of
Health and Human Services

State of Maine, Androscoggin _____ County,ss.

Personally appeared before me the above-named
Debra Bosse _____ on __10/21/2020__

S/he acknowledged that signing this Notice of Support Lien was her/his own free act and deed in her/his official capacity.

MARCY LANDRY
Notary Public, State of Maine
My Commission Expires Feb. 17, 2026

Notary Public

ENF19 - R 062019